PROB 22
(2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:94CR00069-001

DOCKET NUMBER *(Rec. Court)*
08CR 362

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Richard Angelo Zucco | Eastern District of Texas | Beaumont |
| | NAME OF SENTENCING JUDGE<br>Howell Cobb | |
| | NAME OF REASSIGNED JUDGE<br>Marcia A. Crone | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 14, 2008 | TO<br>March 13, 2013 |

FILED
MAY 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OFFENSE**
Did knowingly posses with intent to distribute a Schedule II controlled substance, namely, 5 kilograms or more of cocaine

JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the **Eastern District of Texas**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_April 14, 2008_        _Marcia A. Crone_
Date                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the **Northern District of Illinois**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 5 2008        _James F. Holderman_
Effective Date       United States District Judge