# UNITED STATES DISTRICT COURT
## Office of the Clerk
### Eastern District of Texas
### P.O. Box 3507
### Beaumont, TX 77704

*DAVID J. MALAND*
  *Clerk*

**F I L E D**

May 16, 2008

MAY 2 0 2008
5-20-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cr 362

Clerk, U. S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re:  USA vs. Richard Angelo Zucco
       1:94cr69-1

Dear Clerk:

On May 15, 2008,  the Honorable Marcia A. Crone, United States District Judge for this district, entered an order in the above captioned case transferring jurisdiction of supervised release as to Richard Angelo Zucco in case 1:94cr69-1.

Pursuant to said order and acceptance of jurisdiction by the USDC Northern District of Illinois, Chicago Division,  we are forwarding herewith certified copies of the docket sheet, indictment,  judgment, and this order transferring jurisdiction.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

DAVID J. MALAND, Clerk

By _____
             Deputy Clerk

Enclosures

Received items described above on this date:_____

and assigned case no. _____



**MICHAEL W. DOBBINS**

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

312-435-5698

Ms. Beverly Clarke Aulbaugh
United States District Court
Jack Brooks Federal Building and
 United States Courthouse
300 Willow Street
Beaumont, TX 77701

Dear Clerk:

**Re:**    USA vs. Richard Angelo Zucco

Our Case Number:   08 cr 362
Your Case Number: 94 cr 69-01

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, Richard Angelo Zucco, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:

Yvette Pearson, Deputy Clerk

Enclosure

# FILED

MAY 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| B 22 . 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 1:94CR00069-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 08CR 362 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Richard Angelo Zucco | DISTRICT Eastern District of Texas | DIVISION Beaumont |
|---|---|---|
| | NAME OF SENTENCING JUDGE Howell Cobb | |
| | NAME OF REASSIGNED JUDGE Marcia A. Crone | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 14, 2008 | TO March 13, 2013 |
|---|---|---|---|

OFFENSE

Did knowingly posses with intent to distribute a Schedule II controlled substance, namely, 5 kilograms or more of cocaine

DOCKETED MAY 8 2008

JUDGE GOTTSCHALL

MAGISTRATE JUDGE COX

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Texas

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

FILE
EASTERN DISTRICT OF TEXAS
MAY 1 5 2008

| *April 14, 2008* Date | DAVID J MALAND, CLERK BY DEPUTY _____ | _____ *United States District Judge* |
|---|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Northern District of Illinois

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| MAY - 5 2008 *Effective Date* | *James F. Holderman* *United States District Judge* |
|---|---|

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS
BY _____

2255, CASREF, CLOSED, FRC, MAG

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Beaumont)
## CRIMINAL DOCKET FOR CASE #: 1:94-cr-00069-MAC-ESH
### All Defendants
### Internal Use Only

Case title: USA v. Zucco                    Date Filed: 05/04/1994
Magistrate judge case number: 1:94-mj-      Date Terminated: 11/07/1994
00382

Assigned to: Judge Marcia A.
Crone
Referred to: Magistrate Judge
Earl S. Hines

Appeals court case number:
94-41197

**Defendant**

**Richard Angelo Zucco** (1)        represented by **Richard Angelo Zucco**
*TERMINATED: 11/07/1994*                          04833 078
                                                  Apache Unit - FCI
                                                  P O Box 7007
                                                  Marianna, FL 32447-7007
                                                  PRO SE

                                                  **Lewis Dickson**
                                                  Attorney at Law
                                                  1018 Preston
                                                  7th Floor
                                                  Houston, TX 77002
                                                  713/223-5959
                                                  Fax: 713/223-5959
                                                  *TERMINATED: 11/07/1994*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE*

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS
BY

*NOTICED*
*Designation: Retained*

## Pending Counts

None

## Highest Offense Level (Opening)

None

## Terminated Counts

21:841(a)(1) POSSESSION
SCHEDULE II
CONTROLLED SUB-
SELL,DISTRIBUTE,OR
DISPEN, cocaine
(1)

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

## Disposition

## Disposition

180 mos imprisonment, upon
rel 5 yrs super/rel, $50,000
fine due immediately, $50
special assessment due
immediately

## Disposition

---

## Plaintiff

**USA**
*TERMINATED: 11/07/1994*

represented by **Keith Fredrick Giblin**
United States Courthouse
Jack Brooks Federal Building

300 Willow St, Room 222
Beaumont, TX 77701
*TERMINATED: 11/07/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/1994 | 1 | COMPLAINT as to Richard Angelo Zucco [ 1:94-m -382 ] (former empl) (Entered: 05/03/1994) |
| 04/29/1994 | | Arrest WARRANT issued as to Richard Angelo Zucco and hand delivered to U. S. Marshal in Beaumont, Texas [ 1:94-m -382 ] (former empl) (Entered: 05/03/1994) |
| 04/29/1994 | | ARREST of Richard Angelo Zucco [ 1:94-m -382 ] (former empl) (Entered: 05/04/1994) |
| 04/30/1994 | | Initial appearance as to Richard Angelo Zucco held before Magistrate Judge Wendell C. Radford. The deft appeared before the court without counsel and in the custody of the FBI. Preliminary Examination set for 10:00 5/4/94 for Richard Angelo Zucco ; Detention Hearing set for 10:00 5/4/94 for Richard Angelo Zucco. The deft to retain counsel. Deft was remanded back into the custody of the FBI. (Defendant informed of rights.) [ 1:94-m -382 ] (former empl) (Entered: 05/04/1994) |
| 04/30/1994 | | MOTION in open court by USA as to Richard Angelo Zucco for detention [ 1:94-m -382 ] (former empl) (Entered: 05/04/1994) |
| 04/30/1994 | 2 | ORDER OF TEMPORARY DETENTION as to Richard Angelo Zucco Detention Hearing set for 10:00 5/4/94 for Richard Angelo Zucco ( Signed by Magistrate Judge Wendell C. Radford ) cc: WCR, USM, USPO and Giblin [ 1:94-m -382 ] (former empl) (Entered: 05/04/1994) |
| 04/30/1994 | 3 | Minutes of the Initial Appearance before Magistrate Judge Wendell C. Radford on 4/30/94 filed as to Richard Angelo Zucco [ 1:94-m -382 ] (former empl) (Entered: 05/04/1994) |

| 05/02/1994 | 4 | NOTICE of Hearing as to Richard Angelo Zucco set Detention Hearing for 10:00 5/4/94 for Richard Angelo Zucco before Magistrate Judge Wendell C. Radford , and set Preliminary Examination for 10:00 5/4/94 for Richard Angelo Zucco before Magistrate Judge Wendell C. Radford cc: WCR, USM, USPO and Giblin [ 1:94-m -382 ] (former empl) (Entered: 05/04/1994) |
|---|---|---|
| 05/04/1994 | | Detention hearing as to Richard Angelo Zucco held before Magistrate Judge Wendell C. Radford. The deft appeared before the court with retained counsel and in the custody of the USM. The court granted the govt's motion for detention. The deft was remanded back into the custody of the USM. [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |
| 05/04/1994 | | Preliminary Examination as to Richard Angelo Zucco held before Magistrate Judge Wendell C. Radford. The deft appeared before the court with counsel and in the custody of the USM. The court finds that there is probable cause to believe that the deft committed a offense against the United States. Deft was remanded back into the custody of the USM. [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |
| 05/04/1994 | 5 | MOTION by USA as to Richard Angelo Zucco for detention (follows oral motion for detention ) as to Richard Angelo Zucco (764416) [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |
| 05/04/1994 | 6 | MOTION by Richard Angelo Zucco for Pre-Trial Release, Including Evaluation of Factors to be Considered Under 18 USC 3142(g) [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |
| 05/04/1994 | 7 | DETERMINATION OF PROBABLE CAUSE ORDER as to Richard Angelo Zucco ( Signed by Magistrate Judge Wendell C. Radford ) cc: WCR, USPO, Giblin and Dickson [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |

| 05/04/1994 | 8 | Exhibit list by USA as to Richard Angelo Zucco [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |
|---|---|---|
| 05/04/1994 | 8 | Witness list by USA as to Richard Angelo Zucco [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |
| 05/04/1994 | 9 | Minutes of the Detention and Preliminary Exam hearing before Magistrate Judge Wendell C. Radford on 5/4/94 filed as to Richard Angelo Zucco. [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |
| 05/04/1994 | 10 | ORDER OF DETENTION PENDING TRIAL as to Richard Angelo Zucco ( Signed by Magistrate Judge Wendell C. Radford ) cc: WCR, USM, USPO, Giblin and Dickson [ 1:94-m -382 ] (former empl) (Entered: 05/05/1994) |
| 05/04/1994 | 11 | INDICTMENT as to Richard Angelo Zucco (1) count (s) 1 (former empl) (Entered: 05/05/1994) |
| 05/04/1994 | 12 | Form AO 257 filed as to Richard Angelo Zucco (former empl) (Entered: 05/05/1994) |
| 05/05/1994 | | SUMMONS issued and handed to USM for service for Richard Angelo Zucco (former empl) (Entered: 05/05/1994) |
| 05/05/1994 | | Arraignment as to Richard Angelo Zucco set for 10:00 5/12/94 for Richard Angelo Zucco before Magistrate Judge Wendell C. Radford (former empl) (Entered: 05/05/1994) |
| 05/05/1994 | | Certified copies of Indictment, Summons and Dkt sheet sent to HC, WCR, USA, USPO, Lewis, JL 5/5/94 as to Richard Angelo Zucco (former empl) (Entered: 05/05/1994) |
| 05/09/1994 | 13 | Arrest WARRANT Returned Executed as to Richard Angelo Zucco on 5/2/94 deft arrested at Jefferson Co Jail by DUSM (former empl) (Entered: 05/10/1994) |
| 05/12/1994 | | Arraignment as to Richard Angelo Zucco held before WCR. Defendant informed of rights. Deft appeared w/cnsl and entered a not guilty plea to ct 1 of the |

| | | |
|---|---|---|
| | | indictment. Deft remanded to custody of USM (former empl) (Entered: 05/16/1994) |
| 05/12/1994 | | PLEA entered by Richard Angelo Zucco . Court accepts plea. Not Guilty: Richard Angelo Zucco (1) count(s) 1 (former empl) (Entered: 05/16/1994) |
| 05/12/1994 | 14 | ORDER relating to Pretrial Discovery and Inspection as to Richard Angelo Zucco ( Signed by Magistrate Judge Wendell C. Radford ) cc: WCR, USA, Dickerson 5/16/94 (former empl) (Entered: 05/16/1994) |
| 05/12/1994 | 15 | ORDER as to Richard Angelo Zucco, set jury selection for 9:00 7/7/94 for Richard Angelo Zucco before Judge Howell Cobb , and set Jury trial for 9:00 7/7/94 for Richard Angelo Zucco before Judge Howell Cobb ( Signed by Magistrate Judge Wendell C. Radford ) cc: WCR, HC, USA, USPO, USA, USM, Dickson, TK, JL 5/16/94 (former empl) (Entered: 05/16/1994) |
| 05/12/1994 | 16 | Minutes filed as to Richard Angelo Zucco of arraignment held before WCR (former empl) (Entered: 05/16/1994) |
| 05/16/1994 | 17 | SUMMONS Returned Executed as to Richard Angelo Zucco 5/6/94 served personally upon deft at Jeff Co Jail by DUSM (former empl) (Entered: 05/18/1994) |
| 05/27/1994 | 18 | UNOPPOSED MOTION by Richard Angelo Zucco to extend time to file pretrial motions (former empl) (Entered: 05/27/1994) |
| 06/03/1994 | | Notice setting Docket call as to Richard Angelo Zucco set at 9:00 7/11/94 for Richard Angelo Zucco before Judge Howell Cobb mailed to attys, USM & USPO (former empl) (Entered: 06/03/1994) |
| 06/03/1994 | | Notice setting Jury selection as to Richard Angelo Zucco set for 9:00 7/12/94 for Richard Angelo Zucco before Judge Howell Cobb mailed to attys, USM & USPO on 6/3/94 (former empl) (Entered: 06/03/1994) |
| | | |

| 06/03/1994 | 19 | ORDER as to Richard Angelo Zucco granting [18-1] motion to extend time to file pretrial motions as to Richard Angelo Zucco (1). Deft has until 6/30/94 to file pretrial motions ( Signed by Judge Howell Cobb ) cc: USA, Dickerson 6/6/94 (former empl) Modified on 06/06/1994 (Entered: 06/06/1994) |
| --- | --- | --- |
| 06/07/1994 | 20 | TRANSCRIPT filed in case as to Richard Angelo Zucco for dates of 5/4/94 of Preliminary Exam and Hrg on Govt's Motion for Detention before Magistrate Radford (former empl) (Entered: 06/09/1994) |
| 06/30/1994 | 21 | MOTION by Richard Angelo Zucco for leave to file trial brief in support of his suppression motion (former empl) (Entered: 06/30/1994) |
| 06/30/1994 | 22 | MOTION by Richard Angelo Zucco to suppress evidence gained by the Govt as a result of his warrantless arrest, prolonged warrantless detention, and the subsequent warrantless, destructive search of his motor home (former empl) (Entered: 06/30/1994) |
| 06/30/1994 | 23 | MOTION by Richard Angelo Zucco for Disclosure of Rule 404(b) evidence (former empl) (Entered: 06/30/1994) |
| 06/30/1994 | 24 | MOTION by Richard Angelo Zucco for Rule 16 discovery (former empl) (Entered: 06/30/1994) |
| 06/30/1994 | 25 | UNOPPOSED RULE 12 REQUEST by Richard Angelo Zucco for notice of evidence Govt intents to use in its case-in-chief (former empl) (Entered: 06/30/1994) |
| 06/30/1994 | 26 | MOTION by Richard Angelo Zucco for suppression hearing one week prior to onset of jury selection (former empl) (Entered: 06/30/1994) |
| 07/05/1994 | 27 | ORDER as to Richard Angelo Zucco granting [21-1] motion for leave to file trial brief in support of his suppression motion as to Richard Angelo Zucco (1) ( Signed by Judge Howell Cobb ) cc: attys 7/6/94 (former empl) (Entered: 07/06/1994) |

| 07/11/1994 | | Docket call as to Richard Angelo Zucco held before Judge Cobb. Deft was present in open ct in custody w/retained cnsl. AUSA announced ready. Deft's cnsl wants hearing on his motion for suppression of evidence before the trial and wants a chance to review transcript of said hearing before trial - granted (former empl) (Entered: 07/11/1994) |
|---|---|---|
| 07/11/1994 | | Motion hearing re: set for 9:00 7/13/94 as to: Richard Zucco, re: (22-1) Richard Angelo Zucco motion to suppress (former empl) (Entered: 07/11/1994) |
| 07/11/1994 | 28 | Minutes filed as to Richard Angelo Zucco for Docket Call held before Judge Cobb on 7/11/94 (former empl) (Entered: 07/11/1994) |
| 07/11/1994 | 29 | NOTICE of Hearing as to Richard Angelo Zucco :, set jury selection for 9:00 8/15/94 for Richard Angelo Zucco before Judge Howell Cobb , and set Jury trial for 9:00 8/15/94 for Richard Angelo Zucco before Judge Howell Cobb mailed to attys on 7/11/94 (former empl) (Entered: 07/11/1994) |
| 07/11/1994 | 30 | BRIEF by Richard Angelo Zucco in support of [22-1] motion to suppress evidence (former empl) (Entered: 07/12/1994) |
| 07/11/1994 | 31 | ORDER as to Richard Angelo Zucco granting [26-1] motion for suppression hearing as to Richard Angelo Zucco (1), to Continue in Interests of Justice Time Excluded from 7/11/94 to 8/15/94 , Motion hearing set for 7/13/94 as to: Richard Zucco, re: (22-1) motion to suppress ; reset jury selection for 9:00 8/15/94 for Richard Angelo Zucco before Judge Howell Cobb , and reset Jury trial for 9:00 8/15/94 for Richard Angelo Zucco before Judge Howell Cobb ( Signed by Judge Howell Cobb ) cc: USA, USM, USPO, atty, JL 7/12/94 (former empl) (Entered: 07/12/1994) |
| 07/13/1994 | | Motion hearing held before Judge Cobb as to Richard Angelo Zucco re: [22-1] motion to suppress evidence. Deft was present in open ct in custody of USM with |

| | | |
|---|---|---|
| | | retained counsel. 4:38 Govt rests. Mr Dickson requested the Judge to view the motor home - taken under advisement. 4:51 Deft rests. Judge will view the motor home (former empl) (Entered: 07/14/1994) |
| 07/13/1994 | 32 | Minutes filed as to Richard Angelo Zucco for suppression hearing held before Judge Cobb on 7/13/94 (former empl) (Entered: 07/14/1994) |
| 07/13/1994 | | MOTION in open court by Richard Angelo Zucco to supplement the record (former empl) (Entered: 07/14/1994) |
| 07/13/1994 | | ORAL ORDER as to Richard Angelo Zucco granting [0-0] oral motion to supplement the record as to Richard Angelo Zucco (1) [22-1] motion to suppress evidence taken under advisement as to Richard Angelo Zucco (1) ( Entered by Judge Howell Cobb ) (former empl) (Entered: 07/14/1994) |
| 07/13/1994 | 33 | Exhibit and Witness list by Richard Angelo Zucco, and USA as to Richard Angelo Zucco. Govt exhibits 1-6 admitted for suppression hearing; Deft exhibits 1-9 admitted for suppression hearing (former empl) (Entered: 07/14/1994) |
| 07/20/1994 | 34 | TRANSCRIPT filed in case as to Richard Angelo Zucco for dates of 7/13/94 of Suppression Hrg held before Judge Howell Cobb (former empl) (Entered: 07/20/1994) |
| 07/29/1994 | 35 | SEALED DOCUMENT as to Richard Angelo Zucco (crk) (former empl) (Entered: 08/01/1994) |
| 07/29/1994 | 36 | SEALED ORDER as to Richard Angelo Zucco (crk) (former empl) (Entered: 08/01/1994) |
| 08/04/1994 | 37 | MOTION by Richard Angelo Zucco to set an oral agrument on his suppression motion (former empl) (Entered: 08/04/1994) |
| 08/05/1994 | 38 | SUPPLEMENTAL TRIAL BRIEF by Richard Angelo Zucco in support of his suppression motion (former empl) (Entered: 08/05/1994) |

| 08/08/1994 | 39 | RESPONSE by USA as to Richard Angelo Zucco re [25-1] motion for notice of evidence Govt intents to use in its case-in-chief (former empl) (Entered: 08/09/1994) |
| 08/08/1994 | 40 | RESPONSE by USA as to Richard Angelo Zucco re [22-1] motion to suppress evidence (former empl) (Entered: 08/09/1994) |
| 08/08/1994 | 41 | RESPONSE by USA as to Richard Angelo Zucco re [24-1] motion for Rule 16 discovery (former empl) (Entered: 08/09/1994) |
| 08/08/1994 | 42 | RESPONSE by USA as to Richard Angelo Zucco re [23-1] motion for Disclosure of Rule 404(b) evidence (former empl) (Entered: 08/09/1994) |
| 08/08/1994 | 43 | Stipulation of Evidence by USA as to Richard Angelo Zucco (former empl) (Entered: 08/09/1994) |
| 08/10/1994 | 44 | MOTION by Richard Angelo Zucco to formerly admit the video marked as deft's exhibit number one into evidence (former empl) (Entered: 08/11/1994) |
| 08/10/1994 | 45 | Memorandum Opinion and Order as to Richard Angelo Zucco denying [22-1] motion to suppress evidence as to Richard Angelo Zucco (1) ( Signed Judge Howell Cobb ) cc: USA, USPO, atty 8/10/94 (former empl) (Entered: 08/11/1994) |
| 08/10/1994 | 46 | ORDER as to Richard Angelo Zucco denying [37-1] motion to set an oral agrument on his suppression motion as to Richard Angelo Zucco (1) ( Signed by Judge Howell Cobb ) cc: USA, atty 8/11/94 (former empl) (Entered: 08/11/1994) |
| 08/10/1994 |  | In-chambers conference as to Richard Angelo Zucco held before Judge Cobb. Deft was not present. Deft will enter a plea tomorrow at 11:00 a m (former empl) (Entered: 08/11/1994) |
| 08/10/1994 | 48 | Minutes filed as to Richard Angelo Zucco for in chambers conference held before Judge Cobb on 8/10/94 (former empl) (Entered: 08/11/1994) |

| 08/11/1994 | 47 | ORDER as to Richard Angelo Zucco granting [44-1] motion to formerly admit the video as to Richard Angelo Zucco (1) ( Signed by Judge Howell Cobb ) cc: USA, Dickson, JL 8/11/94 (former empl) (Entered: 08/11/1994) |
| 08/11/1994 | 49 | NOTICE of Hearing as to Richard Angelo Zucco :, set Plea Agreement Hearing for 11:00 8/12/94 for Richard Angelo Zucco before Judge Howell Cobb mailed to attys, USM & USPO on 8/11/94 (former empl) (Entered: 08/11/1994) |
| 08/12/1994 | | Plea Agreement Hearing as to Richard Angelo Zucco held before Judge Cobb. Deft was present in open ct in custody of USM w/retained cnsl (former empl) (Entered: 08/12/1994) |
| 08/12/1994 | | PLEA entered by Richard Angelo Zucco . Court accepts plea. Guilty: Richard Angelo Zucco (1) as to count(s) 1 of Indictment (Terminated motions: [25-1] motion for notice of evidence Govt intents to use in its case-in-chief as to Richard Angelo Zucco (1), [24-1] motion for Rule 16 discovery as to Richard Angelo Zucco (1), [23-1] motion for Disclosure of Rule 404 (b) evidence as to Richard Angelo Zucco (1), [0-0] oral motion for detention as to Richard Angelo Zucco (1) ) (former empl) (Entered: 08/12/1994) |
| 08/12/1994 | | Plea Agreement Accepted as to Richard Angelo Zucco ( Accepted by Judge Howell Cobb ) (former empl) (Entered: 08/12/1994) |
| 08/12/1994 | 50 | Plea Agreement as to Richard Angelo Zucco Filed (sealed) (former empl) (Entered: 08/12/1994) |
| 08/12/1994 | 51 | Minutes filed as to Richard Angelo Zucco for plea agreement hrg held before Judge Cobb on 8/12/94. Deft was remanded to custody of USM (former empl) (Entered: 08/12/1994) |
| 08/12/1994 | 52 | ORDER as to Richard Angelo Zucco, court orders PSI Report , due 9/26/94; for Disclosure of Response to PSI , due 10/11/94; and set Sentencing for 1:30 |

|  |  | 11/4/94 for Richard Angelo Zucco before Judge Howell Cobb ( Signed by Judge Howell Cobb ) mailed to attys, USM & USPO on 8/16/94 (former empl) (Entered: 08/16/1994) |
| --- | --- | --- |
| 09/30/1994 | 54 | MOTION by USA as to Richard Angelo Zucco to declare [50-1] Plea Agreement void because of deft's violation of said plea agreement (former empl) (Entered: 10/03/1994) |
| 10/03/1994 | 53 | NOTICE of Hearing as to Richard Angelo Zucco :, set Sentencing for 1:30 11/4/94 for Richard Angelo Zucco before Judge Howell Cobb mailed to attys, USM & USPO on 10/3/94 (former empl) (Entered: 10/03/1994) |
| 10/06/1994 | 55 | SEALED OBJECTION by Richard Angelo Zucco to (Sealed) PSI Report as to Richard Angelo Zucco (former empl) (Entered: 10/06/1994) |
| 11/04/1994 |  | Sentencing held before Judge Cobb as to Richard Angelo Zucco (1) count(s) 1. Richard Angelo Zucco (1) count(s) 1 - 180 mos imprisonment, upon rel 5 yrs super/rel, $50,000 fine due immediately, $50 special assessment due immediately. Deft is ineligible for federal benefits for a period of 5 yrs. Deft remanded to custody of USM (former empl) (Entered: 11/09/1994) |
| 11/04/1994 |  | ORAL ORDER as to Richard Angelo Zucco denying [54-1] motion to declare [50-1] Plea Agreement void as to Richard Angelo Zucco (1) ( Entered by Judge Howell Cobb ) (former empl) (Entered: 11/09/1994) |
| 11/04/1994 | 56 | PRESENTENCE INVESTIGATION REPORT (Sealed) and PSI Sentencing Portion (Sealed) as to Richard Angelo Zucco (former empl) (Entered: 11/09/1994) |
| 11/04/1994 | 57 | Minutes filed as to Richard Angelo Zucco of sentencing held before Judge Cobb (former empl) (Entered: 11/09/1994) |
| 11/07/1994 | 58 | JUDGMENT Richard Angelo Zucco (1) count(s) 1 - |

| | | 180 mos imprisonment, upon rel 5 yrs super/rel, $50,000 fine due immediately, $50 special assessment due immediately. Deft is ordered ineligible for all federal benefits for a period of 5 yrs ( Signed by Judge Howell Cobb ) cc: USA, USM, USPO, Dickson, US Dept of Justice 11/9/94 (former empl) (Entered: 11/09/1994) |
|---|---|---|
| 11/10/1994 | 59 | NOTICE OF APPEAL by Richard Angelo Zucco (1) count(s) 1, from the judgment and sentence entered 11/4/94. (former empl) (Entered: 11/14/1994) |
| 11/14/1994 | | Notice of appeal and certified copy of docket as to Richard Angelo Zucco to USCA: [59-1] appeal by Richard Angelo Zucco. cc: HC, USA, USM, USPO, Dickson (with transcript order form) (former empl) (Entered: 11/14/1994) |
| 11/21/1994 | 60 | DESIGNATION of Record on Appeal by Richard Angelo Zucco [59-1] appeal by Richard Angelo Zucco (former empl) (Entered: 11/21/1994) |
| 11/21/1994 | | USCA appeal fees received $ 105.00 as to Richard Angelo Zucco Re: [59-1] appeal by Richard Angelo Zucco (receipt #67075) (former empl) (Entered: 11/21/1994) |
| 11/21/1994 | 61 | TRANSCRIPT of 11/21/94 sentencing held before Judge Cobb filed as to Richard Angelo Zucco Re: [59-1] appeal by Richard Angelo Zucco; 1 volume, 31 pages (former empl) (Entered: 12/13/1994) |
| 11/30/1994 | | NOTICE of Docketing ROA from USCA as to Richard Angelo Zucco Re: [59-1] appeal by Richard Angelo Zucco USCA Number: 94-41197 (former empl) (Entered: 11/30/1994) |
| 12/05/1994 | | Transcript request by atty for dft Zucco indicating that the transcript is already on file in the Clerk's office and additionally ordering 8/12/94 plea agreement hearing in appeal as to Richard Angelo Zucco [59-1] appeal by Richard Angelo Zucco (former empl) (Entered: 12/05/1994) |

| 12/15/1994 | 62 | TRANSCRIPT of 8/12/94 plea hearing held before Judge Cobb filed as to Richard Angelo Zucco Re: [59-1] appeal by Richard Angelo Zucco Appeal record due on 12/30/94 for Richard Angelo Zucco; 1 vol 24 pages (former empl) (Entered: 12/16/1994) |
| 12/19/1994 | 63 | Judgment Returned Executed as to Richard Angelo Zucco ; on 12/6/94 dft was delivered to FCI Pekin Ill (former empl) (Entered: 12/27/1994) |
| 12/29/1994 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Richard Angelo Zucco : [59-1] appeal by Richard Angelo Zucco: 1 vol of the record, 4 vols of transcript, 6 sealed envelopes (1 is exhibit), via UPS (former empl) (Entered: 12/29/1994) |
| 02/07/1996 | 64 | Copy of 5th Circuit OPINION as to Richard Angelo Zucco's appeal #94-41197. cc: HC, USA, USM, USPO 2/9/96 (former empl) (Entered: 02/09/1996) |
| 02/07/1996 | 65 | JUDGMENT OF USCA (certified copy) as to Richard Angelo Zucco Re: [59-1] appeal affirming judgment/order as to Richard Angelo Zucco 's appeal #94-41197 . cc: HC, USA, USM, USPO 2/9/96 (former empl) (Entered: 02/09/1996) |
| 02/07/1996 | | Record on Appeal as to Richard Angelo Zucco returned from U.S. Court of Appeals: [59-1] appeal #94-41197; 1 vol of the record, 4 vols of transcript, 4 sealed envelopes and 1 box of exhibits (former empl) (Entered: 02/09/1996) |
| 09/26/1997 | 66 | Motion by Richard Angelo Zucco to vacate under 28 U.S.C. 2255 (civil case #1:97cv560) (bst) (Entered: 09/29/1997) |
| 09/26/1997 | 66 | Memorandum by Richard Angelo Zucco in support of [66-1] motion to vacate under 28 U.S.C. 2255 (bst) (Entered: 09/29/1997) |
| 09/26/1997 | | Order referring case to Magistrate Judge Wendell C. Radford (copy file sent to Pro Se Writ Clerk on 9-29-97) OB Ref: Bmt GO v7p109 (signed by Judge |

| | | Howell Cobb) (bst) (Entered: 09/29/1997) |
|---|---|---|
| 03/11/1999 | 67 | MOTION by USA as to Richard Angelo Zucco for destruction of drug exhibits (former empl) (Entered: 03/12/1999) |
| 03/12/1999 | 68 | ORDER granting [67-1] motion for destruction of drug exhibits as to Richard Angelo Zucco (1) (signed by Judge Howell Cobb) cc: USA 3-16-99 (tkd) (Entered: 03/16/1999) |
| 12/21/2001 | | Shipped to FRC on 01/23/01 Accession number: 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, Location K-15-077-5-5 Box 8 of 29 Dft #: 1 (bca) Modified on 01/09/2003 (Entered: 12/21/2001) |
| 09/18/2006 | | Case as to Richard Angelo Zucco Reassigned to Judge Marcia A. Crone. Judge Howell Cobb no longer assigned to the case. (mrp, ) (Entered: 09/19/2006) |
| 09/18/2006 | | Judge update in case as to Richard Angelo Zucco. Magistrate Judge Keith F. Giblin added. (mrp, ) (Entered: 09/25/2006) |
| 09/18/2006 | 69 | MOTION for deferment of fine payments by Richard Angelo Zucco. (mrp, ) (Entered: 09/25/2006) |
| 09/19/2006 | | Judge update in case as to Richard Angelo Zucco. Judge Marcia A. Crone added. (rml, ) (Entered: 09/19/2006) |
| 09/26/2006 | 70 | ORDER OF RECUSAL in case as to Richard Angelo Zucco. Judge Keith F. Giblin recused. Signed by Judge Keith F. Giblin on 9/26/06. (mrp, ) (Entered: 09/26/2006) |
| 10/03/2006 | 71 | ORDER REFERRING CASE to Magistrate Judge Earl S. Hines as to Richard Angelo Zucco. This matter is referred to Magistrate Judge Earl S. Hines, for hearing and determination of all the matters contained in defendant's motion for deferment of fine payments. Signed by Judge Marcia A. Crone on 10/3/06. (mrp, ) (Entered: 10/03/2006) |
| 05/01/2007 | 72 | REPORT AND RECOMMENDATIONS as to |

| | | |
|---|---|---|
| | | Richard Angelo Zucco on <u>69</u> MOTION for deferment of fine payments. It is recommended that the motion should be denied. Objections to R&R due by 5/15/2007 Signed by Judge Earl S. Hines on 5/1/07. (mrp, ) (Entered: 05/01/2007) |
| 05/22/2007 | <u>73</u> | ACKNOWLEDGEMENT OF RECEIPT on 5/10/07 of <u>72</u> REPORT AND RECOMMENDATIONS as to Richard Angelo Zucco re <u>69</u> MOTION for deferment of fine payments. Card is signed by E. Estes Marianna FL. (mrp, ) (Entered: 05/25/2007) |
| 05/28/2007 | <u>74</u> | OBJECTION TO REPORT AND RECOMMENDATIONS <u>72</u> by Richard Angelo Zucco (mrp, ) (Entered: 05/31/2007) |
| 02/14/2008 | <u>75</u> | MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION that the motion be denied. The defendant's "Motion for Deferment of Fine Payments" is denied.Signed by Judge Marcia A. Crone on 2/14/08. (mrp, ) (Entered: 02/14/2008) |
| 02/25/2008 | <u>76</u> | Mail returned: <u>75</u> Order Adopting Report and Recommendations returned with envelope marked: Attempted, Not Known; Return to Sender. (mrp, ) (Entered: 02/26/2008) |
| 05/15/2008 | <u>77</u> | Probation Jurisdiction Transferred to USDC N/D IL Chicago Division as to Richard Angelo Zucco. Transmitted Transfer of Jurisdiction form, with Letter of Transfer and certified copies of indictment, judgment and docket sheet. (mrp, ) (Entered: 05/16/2008) |

FILED - CLERK
U.S. DISTRICT COURT

94 MAY -4 PM 3:44

TX EASTERN - BEAUMONT

BY *Angela Bellard*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | |
| | * | CRIMINAL NO. 1:94-CR- 69 |
| RICHARD ANGELO ZUCCO | * | |

*Judge Cobb*

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### COUNT I

> **Violation:** 21 USC § 841(a)(1),
> **Penalty:** Not less than 10 years
> imprisonment or more than life;
> a fine of not more than $4
> million or both.   A term of
> supervised release of at least
> five years.
> **Mandatory assessment:** $50.00

On or about the 29th day of April, 1994, in the Eastern
District of Texas, RICHARD ANGELO ZUCCO, Defendant herein, did
knowingly possess with intent to distribute a Schedule II
controlled substance, namely, 5 kilograms or more of cocaine, in
violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

*Martha Blankenstein*

GRAND JURY FOREPERSON

RUTH HARRIS YEAGER
United States Attorney

*Stevens for Keith F. Giblin*

KEITH F. GIBLIN
Special Assistant U.S. Attorney

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS

BY _____

## SPECIAL RULES CONCERNING FINES, RESTITUTION

## AND SPECIAL ASSESSMENTS

### ALTERNATIVE FINES (18 U.S.C. §3623)

An individual convicted of an offense committed after December 31, 1984, may be fined not more than the greatest of:

1. The amount specified in the law setting forth the offense as indicated in each count;

2. In the case of a felony, $250,000;

3. In the case of a misdemeanor punishable by imprisonment for more than six (6) months, $100,000;

4. Not more than the greater of twice the gross gain or twice the gross loss if the defendant derived pecuniary gain from the offense, or if the offense results in pecuniary loss to another person, unless imposition of a fine would unduly complicate or prolong the sentencing process;

5. Except as otherwise expressly provided, the aggregate of fines that a court may impose on a defendant at the same time for different offenses that arise from a common scheme or plan, and that do not cause separable or distinguishable kinds of harm or damage, is twice the amount imposable for the most serious offense.

### RESTITUTION (18 U.S.C. §3663).

The Court may order in addition to or in lieu of any other penalty authorized by law that the defendant make restitution as defined in this section to any victim of the offense.

### SPECIAL ASSESSMENT (18 U.S.C. §3013).

The Court shall assess the amount of $50.00 on an individual convicted of a felony offense against the United States, or $25.00 on an individual convicted of a misdemeanor offense against the United States.

25

**EOD** NO. 73-94

AO 245 S (Rev. 4/90)(rev.) Sheet 1 - Judgment in a Criminal Case

FILED - CLERK

94 NOV -7 PM 4:09 CK

# UNITED STATES DISTRICT COURT
## Eastern District of Texas

UNITED STATES OF AMERICA

v.                                          Case Number CR 1:94cr69-1 BY 

RICHARD ANGELO ZUCCO

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, RICHARD ANGELO ZUCCO, was represented by Lewis Dickson.

The defendant pleaded guilty to count(s) 1 of the Indictment.. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1) | Did knowingly possess with intent to distribute a Schedule II controlled substance, namely, 5 kilograms or more of cocaine | 4/29/94 | 1 |

As pronounced on 11-4-94, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, for count(s) 1, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the ___7th___ day of ___November___, 19___.

V. Eric Heinlein
U. S. Probation Officer

United States District Judge



A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS
BY_____



AO 245 S (Rev. 4/90)(rev.) Sheet 2 - Imprisonment

Defendant:  RICHARD ANGELO ZUCCO
Case Number:  CR 1:94cr69-1

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term 180 months.

The defendant is remanded to the custody of the United States Marshal.

### RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

150

AO 245 S (Rev. 4/90)(rev.) Sheet 3 - Supervised Release



Defendant: RICHARD ANGELO ZUCCO
Case Number: CR 1:94cr69-1

**SUPERVISED RELEASE**

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1.  If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2.  If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3.  The defendant shall not own or possess a firearm or destructive device.

4.  The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

5.  The defendant shall provide the probation officer with access to any requested financial information necesary to monitor his efforts to pay the fine.

6.  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

151

 

Defendant: RICHARD ANGELO ZUCCO
Case Number: CR 1:94CR69-1

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

152

AO 245 S (Rev. 4/90)(rev.) Sheet 5 - Fine

Defendant:  RICHARD ANGELO ZUCCO
Case Number:  CR 1:94cr69-1

### FINE

The defendant shall pay a fine of $ 50,000.  This fine includes any costs of incarceration and supervision.

This fine (plus any interest required) shall be paid in full immediately.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed.  See 18 U.S.C. § 3614.

153

AO 245 S (Rev. 4/90)(rev.) Sheet 8 - Denial of Federal Benefits

Defendant:  RICHARD ANGELO ZUCCO
Case Number:  CR 1:94cr69-1

### DENIAL OF FEDERAL BENEFITS
**(For Offenses Committed On or After November 18, 1988)**

**FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 853a(a)**

IT IS ORDERED that the defendant shall be ineligible all federal benefits for a period of 5 years ending November 4, 1999.

Pursuant to 21 U.S.C. § 853a(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veteran's benefit, public housing, or other similar benefit, of any other benefit for which payment or services are required for eligibility.

*THE CLERK OF COURT IS RESPONSIBLE FOR SENDING A COPY OF THIS PAGE AND THE FIRST PAGE OF THIS JUDGMENT TO: U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, WASHINGTON D.C. 20531.*

155